STAATS, COMPTROLLER GENERAL OF THE UNITED
STATES, ET AL. v. BRISTOL LABORATORIES
DIVISION OF BRISTOL-MYERS CO.

No. 80–264.   Argued March 24, 1981—Decided April 29, 1981

*Mark I. Levy* argued the cause for petitioners.   With him
on the briefs were *Solicitor General McCree, Acting Assistant
Attorney General Martin, Deputy Solicitor General Geller,
Michael Kimmel, Robert Kaplan,* and *Milton J. Socolar.*

*Gilbert H. Weil* argued the cause for respondent.   With
him on the brief was *Robert L. Sherman.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE STEWART took no part in the consideration or de-
cision of this case.

---

*\*Philip Lacovara, Ronald A. Stern, Stanley L. Temko, Charles Lister,*
and *Clare Dalton* filed a brief for Merck & Co., Inc., et al. as *amici curiae*
urging affirmance.